Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel:  626-799-9797
Fax:  626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | Case No.  5:12-cv-5770-RMW |
| **Plaintiff,** | **PLAINTIFF J & J SPORTS PRODUCTIONS, INC. AND DEFENDANT ONOFRE VIZCARRA'S STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |
| v. | |
| ONOFRE VIZCARRA, et al., | **DATE:  Friday, February 15, 2013** |
| **Defendant.** | **TIME:  10:30 A.M.** |

TO THE HONORABLE RONALD M. WHYTE, THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:

      1.     By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendant Onofre Vizcarra, hereby agree, stipulate, and respectfully request that this Honorable Court continue the Case Management Conference in this action, presently set for Friday, February 15, 2013 at 10:30 AM.

      2.     This request is necessitated by the fact that Plaintiff's counsel must participate in mediation before the United States District Court for the Central District of California, Western Division, in Los Angeles, 11:00 A.M that very same day.

3.      In addition, on Friday, February 1, 2013, Plaintiff's lead trial counsel was just recently discharged from Keck Hospital of the University of Southern California after being re-admitted to address complications concerning right knee replacement surgery (originally performed by Dr. Lawrence D. Dorr, M.D. on January 8, 2013). By all indications, Plaintiff's counsel will be incapable of airline travel until the very end of February 2013.

4.      Defense counsel Matthew Pare is agreeable to the new date of the Court's convenience in lieu of the February 15, 2013 date presenting the scheduling conflict for Plaintiff's counsel.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Initial Scheduling Conference presently scheduled for Friday, February 15, 2013 to a new date of the Court's convenience.

Respectfully submitted,

Dated: February 6, 2013          _/s/ Thomas P. Riley_
                                  **LAW OFFICES OF THOMAS P. RILEY**
                                  By: Thomas P. Riley
                                  Attorneys for Plaintiff
                                  J & J Sports Productions, Inc..

Dated: February 6, 2013          _/s/ Matthew A. Pare_
                                  **LAW OFFICES OF MATTHEW PARE**
                                  By: Matthew Allen Pare
                                  Attorneys for Defendant
                                  Onofre Vizcarra

<u>**ORDER (_____**</u>

     **IT IS HEREBY ORDERED** that the Initial Scheduling Conference in civil action 5:12-cv-5770-RMW styled *J and J Sports Productions Inc v. Onofre Vizcarra et al.,* is hereby continued from Friday, February 15, 2013 to a new date of the Court's convenience.

==The Court sets a new date of June 7, 2013 at 10:30 a.m., or as soon thereafter as the parties may be heard.==

**IT IS SO ORDERED:**

Ronald M. Whyte

                                                Dated:_____

**THE HONORABLE RONALD M. WHYTE**
**United States District Court**
**Northern District of California**

///
///
///
///
///
///
///
///
///
///
///
///
///
///