1   Thomas P. Riley, SBN 194706
  LAW OFFICES OF THOMAS P. RILEY, P.C.
2   First Library Square
  1114 Fremont Avenue
3   South Pasadena, CA 91030-3227

4   Tel: 626-799-9797
  Fax: 626-799-9795
5   TPRLAW@att.net

6   Attorneys for Plaintiff
  J & J Sports Productions, Inc.

7

8               **UNITED STATES DISTRICT COURT**
9          **NORTHERN DISTRICT OF CALIFORNIA**
                **SAN JOSE DIVISION**

10

11   **J & J SPORTS PRODUCTIONS, INC.,**     **Case No. 5:12-cv-5770-RMW**

12          **Plaintiff,**           **PLAINTIFF J & J SPORTS**
                             **PRODUCTIONS, INC. AND**
13           **v.**             **DEFENDANT ONOFRE VIZCARRA'S**
                             **STIPULATION TO CONTINUE THE**
14   **ONOFRE VIZCARRA, et al.,**      **CASE MANAGEMENT CONFERENCE**

15          **Defendant.**        **DATE: Friday, February 15, 2013**

16                               **TIME: 10:30 A.M.**

17

18       **TO THE HONORABLE RONALD M. WHYTE, THE PARTIES, AND THEIR**

19 **ATTORNEY/S OF RECORD:**

20        1.      By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendant

21 Onofre Vizcarra, hereby agree, stipulate, and respectfully request that this Honorable Court continue

22 the Case Management Conference in this action, presently set for Friday, February 15, 2013 at 10:30

23 AM.

24        2.      This request is necessitated by the fact that Plaintiff's counsel must participate in

25 mediation before the United States District Court for the Central District of California, Western

26 Division, in Los Angeles, 11:00 A.M that very same day.

27

28

3.      In addition, on Friday, February 1, 2013, Plaintiff's lead trial counsel was just recently discharged from Keck Hospital of the University of Southern California after being re-admitted to address complications concerning right knee replacement surgery (originally performed by Dr. Lawrence D. Dorr, M.D. on January 8, 2013). By all indications, Plaintiff's counsel will be incapable of airline travel until the very end of February 2013.

4.      Defense counsel Matthew Pare is agreeable to the new date of the Court's convenience in lieu of the February 15, 2013 date presenting the scheduling conflict for Plaintiff's counsel.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Initial Scheduling Conference presently scheduled for Friday, February 15, 2013 to a new date of the Court's convenience.

Respectfully submitted,

Dated: February 6, 2013              */s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc..

Dated: February 6, 2013              */s/ Matthew A. Pare*
**LAW OFFICES OF MATTHEW PARE**
By: Matthew Allen Pare
Attorneys for Defendant
Onofre Vizcarra

1

2

<u>**ORDER (_____**</u>

3        **IT IS HEREBY ORDERED** that the Initial Scheduling Conference in civil action 5:12-cv-

4   5770-RMW styled *J and J Sports Productions Inc v. Onofre Vizcarra et al.,* is hereby continued from

5   Friday, February 15, 2013 to a new date of the Court's convenience.

6

7

8

9   **IT IS SO ORDERED:**

10

11   _____

12   **THE HONORABLE RONALD M. WHYTE**
     **United States District Court**
13   **Northern District of California**

14   ///

15   ///

16   ///

17   ///

18   ///

19   ///

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

Dated:_____