Case 5:12-cv-05770-RMW Document 16 Filed 02/21/13 Page 1 of 4

1  Thomas P. Riley, SBN 194706
   LAW OFFICES OF THOMAS P. RILEY, P.C.
2  First Library Square
   1114 Fremont Avenue
3  South Pasadena, CA 91030-3227

4  Tel: 626-799-9797
   Fax: 626-799-9795
5  TPRLAW@att.net

6  Attorneys for Plaintiff
   J&J Sports Productions, Inc.

7

8              UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
                  SAN JOSE DIVISION
10

11  J & J SPORTS PRODUCTION, INC,        Case No.  5:12-cv-05770-RMW

12          Plaintiff,                   PLAINTIFF J&J SPORTS
                                         PRODUCTION, INC. AND DEFENDANT
13          v.                           ONOFRE VIZCARRA'S STIPULATION
                                         TO CONTINUE THE CASE
14  ONOFRE VIZCARRA,                     MANAGEMENT CONFERENCE;
                                         ORDER ()
15          Defendant.
16                                       DATE:  Friday, February 22, 2013

17                                       TIME:  10:30 A.M.

18      TO THE HONORABLE RONALD M. WHYTE, THE PARTIES, AND THEIR

19  ATTORNEY/S OF RECORD:

20      1.      By and through their counsel, Plaintiff J & J Sports Productions, Inc. and Defendant

21  Onofre Vizcarra, hereby agree, stipulate, and respectfully request that this Honorable Court continue

22  the Case Management Conference in this action, presently set for Friday, February 22, 2013 at 10:30

23  AM.

24      2.      This request is necessitated by the fact that Mr. Thomas Riley, Plaintiff's lead trial

25  counsel is ordered to personally appear for mediation in the matter of *J & J Sports Productions, Inc. v.*

26  *Thomas, et al.,* Case No. 2:12-cv-03040-WDK-FMO in the United States District Court for the Central

27  District of California, Western Division in Los Angeles at 11:00 AM (PST) that very same day.

28

3.      Moreover, Plaintiff's counsel is also scheduled to appear for a Case Management Conference before the Honorable Maxine M. Chesney, in the matter of *J & J Sports Productions, Inc. v. Beyene,* Case No. 3:12-cv-05782-MMC in the San Francisco Division of the U.S.D.C, Northern District of California, at 10:30 AM (PST) and a Case Management Conference before the Honorable Jeffrey S. White, in the matter of *J & J Sports Productions, Inc. v. Sarkissian, et al.,* Case No. 3:10-cv-01895-JSW in the San Francisco Division of the U.S.D.C, Northern District of California, at 1:30 PM (PST) respectively on that very same day as well.[1]

4.   In addition, on Friday, February 1, 2013, Plaintiff's lead trial counsel was recently (February 1, 2013) released from Keck Hospital of the University of Southern California after being re-admitted to address complications of right knee replacement surgery that was originally performed by Doctor Lawrence D. Dorr, M.D. on January 8, 2013.  By all indications, Plaintiff's counsel will be incapable of extended car or train travel until the very end of February 2013.

6.      Defense counsel Matthew Pare is agreeable to the new date of the Court's convenience in lieu of the February 22, 2013 date presenting the scheduling conflict for Plaintiff's counsel.

**WHEREFORE,** The Parties respectfully request that this Honorable Court continue the upcoming Case Management Conference presently scheduled for Friday, February 22, 2013 to a new date of the Court's convenience.

///
///
///
///
///
///
///
///
///
///
///

---

[1] Plaintiff's counsel intends on filing a Stipulation to Continue the Case Management Conference in these instant actions.

Respectfully submitted,

Dated: February 20, 2013

*/s/ Thomas P. Riley*
**LAW OFFICES OF THOMAS P. RILEY**
By: Thomas P. Riley
Attorneys for Plaintiff
J & J Sports Productions, Inc..

Dated:  February 20, 2013

*/s/ Matthew A. Pare*
**LAW OFFICE OF MATTHEW PARE, APC**
By: Matthew Allen Pare
Attorneys for Defendant
Onofre Vizcarra

///
///
///
///
///
///
///
///
///
///
///
///
///
///

1

**ORDER ()**

2

3       **IT IS HEREBY ORDERED** that the Case Management Conference in civil action 5:12-cv-

4       05770-RMW styled *J & J Sports Productions, Inc. v. Vizcarra,* is hereby continued from Friday,

        February 22, 2013 to a new date of the Court's convenience.

5

6

7

8       **IT IS SO ORDERED:**

9

10

11      *Ronald M. Whyte*                              Dated:_____

12      **THE HONORABLE RONALD M. WHYTE**
        **United States District Court**
13      **Northern District of California**

14      ///

15      ///

16      ///

17      ///

18      ///

19      ///

20      ///

21      ///

22      ///

23      ///

24      ///

25      ///

26      ///

27      ///

28