Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
J & J Sports Productions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> ONOFRE VIZCARRA A/K/A ONOFRE VICARRA PEREZ, <br><br> Defendant. | CASE NO. 5:12-cv-05770-RMW <br><br> STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT ONOFRE VIZCARRA A/K/A ONOFRE VICARRA PEREZ, individually and d/b/a LA ENRRAMADA RESTAURANT A/K/A MARISCOS SANTA CRUZ |

IT IS HEREBY STIPULATED by and between Plaintiff J & J SPORTS PRODUCTIONS, INC. and Defendant ONOFRE VIZCARRA A/K/A ONOFRE VICARRA PEREZ, individually and d/b/a LA ENRRAMADA RESTAURANT A/K/A MARISCOS SANTA CRUZ, that the above-entitled action is hereby dismissed **without prejudice** against ONOFRE VIZCARRA A/K/A ONOFRE VICARRA PEREZ, individually and d/b/a LA ENRRAMADA RESTAURANT A/K/A MARISCOS SANTA CRUZ, and subject to the Court's jurisdiction to enforce the settlement agreement reached between the Parties.

IT IS FURTHER STIPULATED that provided no Party referenced above has filed a motion to reopen this action by May 31, 2013, this Court shall *not* have jurisdiction to set aside the dismissal and the dismissal shall be deemed to be **with prejudice**.

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 9, 2013

_____
LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
J & J SPORTS PRODUCTIONS, INC.

Dated: 4/12/2013

_____
**LAW OFFICE OF MATTHEW A. PARE**
By: Matthew A. Pare
Attorneys for Defendant
ONOFRE VIZCARRA A/K/A ONOFRE VICARRA PEREZ, individually and d/b/a LA ENRRAMADA RESTAURANT A/K/A MARISCOS SANTA CRUZ

**IT IS SO ORDERED:**

_Ronald M. Whyte_
The Honorable Ronald M. Whyte
United States District Court
Northern District of California

Dated: _____

STIPULATION OF DISMISSAL
5:12-cv-05770-RMW
PAGE 2